# TORYS
LLP

1114 Avenue of the Americas, 23rd Floor
New York, New York 10036.7703
P. 212.880.6000| F. 212.682.0200

www.torys.com

Erica Goldman
egoldman@torys.com
P. 212.880.6027

April 28, 2026



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/2026

**VIA ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

4/28/2006

Re:    **Request for order extending time to respond to motion to dismiss**
       ***System1 OpCo, LLC v. Sunday Market Media Inc., et al.***
       **Case No. 26-CV-01187**

Dear Hon. Judge McMahon:

As you know, we act for Plaintiff System1 OpCo, LLC ("Plaintiff") in the above-referenced action. Pursuant to Your Honor's Individual Practices and Procedures, D.2., we write to respectfully seek a two-week extension of Plaintiff's time to respond to Defendants' Partial Motion to Dismiss filed on April 23, 2026 (ECF Doc. 29), from May 7, 2026 to May 21, 2026.

Defendants' counsel consents to the extension. This is the first such request for an extension. The extension will not affect any other scheduled dates set forth in the Civil Management Case Plan entered on March 31, 2026 (ECF Doc. 25).

Thank you in advance for your consideration.

Sincerely,

Erica R. S. Goldman

cc:    Casey D. Laffey, Reed Smith LLP (via ECF)
       John Kennedy, Reed Smith LLP (via ECF)
       Allison Kahn, Reed Smith LLP (via ECF)